MONTCLAIR NATIONAL BANK AND TRUST CO., *ET AL.*, PLAINTIFFS, v. SETON HALL COLLEGE OF MEDICINE AND DENTISTRY, *ET ALS.*, DEFENDANTS - RESPONDENTS. PETITION OF ARTHUR J. SILLS, ATTORNEY GENERAL.

See same case below 96 *N. J. Super.* 428.

*Mr. Arthur J. Sills* and *Mr. Stephen G. Weiss* for the petitioner.

*Messrs. Gassert & Murphy, Mr. Joseph A. Clarken, Jr., Messrs. Whiting, Moore, Hunoval & Herman; Messrs. Crummy, Gibbons & O'Neill* and *Mr. Frank J. Vecchione* for the respondents.

October 17, 1967. Denied.

HELEN M. FULLERTON, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. GENEVIEVE FULLERTON NIEDER, DEFENDANT-PETITIONER.

*Mrs. Genevieve Fullerton Nieder in propria persona.*

*Mr. Thomas L. Hanson* for the respondent.

October 31, 1967. Denied.